UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ANGELICA HALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-4182-DDC-TJJ |
| | ) | |
| EMPORIA STATE UNIVERSITY (ESU), | ) | |
| GWEN ALEXANDER, PH.D., | ) | |
| DAVID CORDLE, PH.D., | ) | |
| JACKIE VIETTI, PH.D., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff informally requests free access to the transcript of the Court's August 28, 2017 telephone scheduling conference (ECF No. 44) based upon her *in forma pauperis* status in this case. Defendants do not oppose the request provided that Plaintiff sends them a copy of the transcript.

Under 28 U.S.C. § 1915(c), if a party is proceeding *in forma pauperis*, the Court may direct payment by the United States of the expenses for "preparing a transcript of proceedings before a United States magistrate judge in any civil or criminal case, if such transcript is required by the district court, in the case of proceedings conducted under section 636(b) of this title or under section 3401(b) of title 18, United States Code."

The Court finds that the expense for preparing the transcript of the Court's August 28, 2017 telephone scheduling conference should be paid by the United States pursuant to 28 U.S.C. § 1915(c). Plaintiff has been authorized to proceed *in forma pauperis* in this case pursuant to 28

U.S.C. § 1915(a)(1).[1] The requested transcript is of the scheduling conference, which is a proceeding in a civil case conducted under 28 U.S.C. § 636(b) by the undersigned Magistrate Judge, and the transcript is required by the Court.[2] It thus appears Section 1915(c) authorizes Plaintiff to obtain, without charge, a copy of the Court's August 28, 2017 telephone scheduling conference transcript.

**IT IS THEREFORE ORDERED** that Plaintiff's request for free access to the Transcript (ECF No. 44) of the Court's August 28, 2017 telephone scheduling conference is granted. Pursuant to 28 U.S.C. § 1915(c), the Clerk's office is directed to provide Plaintiff with a copy of the Transcript (ECF No. 44) without charge.

**IT IS FURTHER ORDERED** that Plaintiff shall email or mail a copy of the transcript to defense counsel **within two (2) days** of her receipt of the transcript.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 10th day of October, 2017.

*Teresa J. James*
Teresa J. James
U. S. Magistrate Judge

---

[1] *See* Dec. 22, 2016 Order Granting Motion to Proceed Without Prepayment of Fees or Costs (ECF No. 8).

[2] The Court has previously ordered a copy of the transcript. *See* Oct. 6, 2017 Order (ECF No. 45).