IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ANGELICA HALE,<br><br>*Plaintiff*<br><br>v.<br><br>EMPORIA STATE UNIVERSITY (ESU),<br>JACKIE VIETTI, PH.D.,<br>DAVID CORDLE, PH.D.,<br>GWEN ALEXANDER, PH.D.,<br><br>*Defendants*. | **Case No. 16-4182-DDC-TJJ**<br><br>Judge Daniel D. Crabtree<br>Magistrate Teresa J. James |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, D. Kan. R. 56.1, and the Court's Amended Pretrial Order (ECF 78), Defendants move this Court to grant summary judgment in their favor on all claims brought against them in Plaintiff's Complaint, as detailed in the attached Memorandum in Support of Defendants' Motion for Summary Judgment.

Defendants respectfully request that the Court grant their Motion for Summary Judgment.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL
DEREK SCHMIDT

s/ Carrie A. Barney
Carrie A. Barney, KS #22872
Assistant Attorney General/Trial Counsel
Rachael D. Longhofer, KS #25451
Assistant Attorney General

          120 SW 10th Avenue, 2nd Floor
          Topeka, Kansas, 66612-1597
          Phone: (785) 368-6695
             (785) 368-8420
          Fax: (785) 291-3767
          Email: carrie.barney@ag.ks.gov
             rachael.longhofer@ag.ks.gov
          *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 30th day May, 2018, I electronically filed the foregoing with the Court using the CM/ECF system, and a notice of electronic filing was sent via the CM/ECF system to all counsel of record and to Plaintiff Angelica Hale, a registered pro se participant who receives electronic notification in the case, at angelicahale@yahoo.com.

          s/ Carrie A. Barney
          Carrie A. Barney