IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

ANGELICA HALE,

    *Plaintiff*

v.

EMPORIA STATE UNIVERSITY (ESU),
JACKIE VIETTI, PH.D.,
DAVID CORDLE, PH.D.,
GWEN ALEXANDER, PH.D.,

    *Defendants*.

**Case No. 16-4182-DDC-TJJ**

Judge Daniel D. Crabtree
Magistrate Teresa J. James

| EXHIBIT | DOCUMENT |
|---|---|
| | |
| A | Email exchange between Melvin Hale & Gwen Alexander dated May 17, 2014 |
| B | Email exchange between Melvin Hale and Gwen Alexander dated July 31, 2014 |
| C | Email exchange between Melvin Hale and Debra Rittgers |
| D | Email exchange between Angelica Hale and Paige Hicks dated December 5, 2014 |
| E | Email exchange between Gwen Alexander & Brenda Rahmoeller dated January 9, 2015 |
| F | Email exchange between Gwen Alexander, David Cordle and Judy Anderson dated June 17, 2015 |
| G | Email exchange between Gwen Alexander and Angelica Hale dated June 16, 2015 |
| H | Email exchange between Gwen Alexander and Kevin Johnson dated June 19, 2015 |
| I | Email exchange between Melvin Hale and Gwen Alexander dated June 16, 2015 and forwarded to David Cordle and Judy Anderson on June 17, 2015 |
| J | Email from Melvin Hale to Jackie Vietti dated July 1, 2015 |
| K | Email from Melvin Hale to Jackie Vietti dated July 2, 2015 |
| L | Email from Chris Hoover to Gwen Alexander dated July 2, 2015 |
| M | Email from Jackie Vietti to Melvin Hale dated July 6, 2015 |

| | |
|---|---|
| N | Email from Gwen Alexander to SLIM staff dated June 5, 2015 |
| O | Email from Gwen Alexander to Debra Rittgers, Angelica Hale, Victoria Manheim, Kayla Kettelson and Rachel Miles dated June3 5, 2015 |
| P | Email exchange between Gwen Alexander and Melvin Hale dated June 12, 2015 |
| Q | Email from Gwen Alexander to Kevin Johnson dated July 8, 2015 |
| R | Email from Melvin Hale to Ray Lauber dated July 23, 2015 |
| S | Email exchange between Kevin Johnson and David Trevino dated August 3, 2015 |
| T | Letter from Black & Latino Faculty and Staff dated August 11, 2015 |
| U | Email from Melvin Hale to Clery Complaints dated August 15, 2015 |
| V | Email from David Cordle to SLIM Faculty & Staff dated August 31, 2015 |
| W | Letter from David Cordle to Gwen Alexander dated August 29, 2015 |
| X | Email exchange between Kevin Johnson and David Trevino dated September 18, 2015 |
| Y | Kansas Human Rights Commission Complaint of Angelica Hale |
| Z | Memorandum from Melvin Hale to ESU Human Resources dated September 24, 2015 |
| AA | Right to Sue letter to Angelica Hale, previously identified as Document 1-1 filed 12/08/16 |
| BB | Online posting dated November 12, 2016, of Melvin Hale promoting his book "Django Unchained and the March on Emporia State |
| CC | Memorandum from Gwen Alexander dated July 29, 2015 |
| DD | Email from Gwen Alexander to Judy Anderson dated June 10, 2015 |
| EE | Email from Gwen Alexander to Angelica Hale dated June 26, 2015 |