IN THE UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

ANGELICA HALE,

*Plaintiff*

v.

EMPORIA STATE UNIVERSITY (ESU),
JACKIE VIETTI, PH.D.,
DAVID CORDLE, PH.D.,
GWEN ALEXANDER, PH.D.,

*Defendants.*

**Case No. 16-4182-DDC**

Judge Daniel D. Crabtree

## STATEMENT OF FACTS

Consistent with summary judgment practice, the facts set forth herein are facts presented in the light most favorable to the Plaintiff. Defendants reserve right to contest or dispute the facts set forth herein at trial.

1. On May 17, 2014 Gwen Alexander emails Melvin Hale regarding his Notice of Appointment, and welcomes him and Angelica to the ESU community. (*See* Exhibit A.)

2. Angelica Hale began her employment at ESU as an administrative assistant to the Dean of SLIM, Gwen Alexander in July 2014. (ECF 1, ¶ 12.)

3. Melvin Hale began his employment as an Assistant Professor with the School of Library and Information management ("SLIM") at Emporia State University in July 2014. (ECF 1, ¶ 13.)

4. On July 31, 2014, Melvin emails Gwen Alexander seeking a personal loan to cover the costs of closing on a house. (*See* Exhibit B.)

1

5. On July 17, 2014, Melvin emails Debra Rittgers stating his hope that she is "enjoying the car" she purchased from the Hales. (*See* Exhibit C.)

6. On December 1, 2014, Angelica emails Paige Hicks, and acknowledges that she is only "on contract until June 2014 [*sic*]." (*See* Exhibit D, pg 3.)

7. In January 2015, Brenda Rahmoeller ("Rahmoeller") begins her grad assistantship in SLIM. (*See* Exhibit E.)

8. On April 8, 2015, Rahmoeller finds the word "NIGGAZ" written in pencil on her personal notebook and reports this to Angelica. (ECFs 1, ¶ 34 and 78, pg 4.)

9. Angelica allows Rahmoeller to keep the sheet of paper with the vulgarity, but takes a photograph with her smart phone. Rahmoeller destroyed the original. (*See* Exhibits F and H.)

10. Angelica immediately sends a text (with picture) to Melvin. (ECF 78, pg. 4.)

11. Upon conclusion of their meeting Melvin "accompanied Dean Alexander to her office" and told her about the incident. (ECF 78, pg. 4.)

12. Dean Alexander and Melvin were joined in this meeting by Angelica. "Dr. Hale requested that Dean Alexander follow-up with Brenda and take action on investigating the incident." (ECF 78, pg. 4.)

13. In May 2015, Angelica Hale sends samples of Debra Rittgers' handwriting, along with a photograph of the word found, to Wendy Carlson, forensic handwriting examiner.

14. On June 5, 2015, Dean Alexander emails SLIM employees informing them of the "possibility of a furlough beginning Sunday … If a furlough happens, Deb Rittgers, Angelica Hale, and I are non-essential and will be on the furlough list." (*See* Exhibit N.)

15. On June 5, 2015, Dean Alexander sends a second email to the impacted employees outlining that the furlough is mandatory leave without pay." (*See* Exhibit O.)
16. On June 12, 2015, Melvin emails Dean Alexander declining her offer "to make a personal loan of $1500 that you can pay back when you get the July and August checks." (See Exhibit P.)
17. On June 16, 2015, Gwen emails Angelica and requests to meet regarding Informatics; Angelica declines to meet with Gwen personally. (*See* Exhibit G).
18. On June 16, 2015, Melvin Hale emails Gwen Alexander that he and Angelica will be taking the morning off to obtain legal advice. (*See* Exhibit I).
19. On June 16, 2015, Melvin emails Dean Alexander indicating that he and Angelica would be "taking the morning off to obtain legal advice regarding these Title IX violations." (*See* Exhibit I.)
20. On June 17, 2015, Dean Alexander emails Provost Cordle informing him that she may have figured out who Melvin and Angelica were targeting (Debra Rittgers) as the perpetrator of the note allegedly discovered by Rahmoeller on April 8, 2018. (*See* Exhibit H.)
21. On June 26, 2015, David Cordle and Judy Anderson meet with Melvin and Angelica Hale regarding their complaints.
22. On July 1, 2015, the Hales went to the ESU Police to file a complaint, claiming it was Debra Rittgers who wrote the vulgarity on the student's notebook. (*See* Exhibit J.)
23. On July 2, 2015, Melvin advised Vietti, Cordle, and Alexander that the ESU Police Department concluded that "no criminal charges will be filed against Deb Rittgers" but vows "we will make sure that this matter is not swept under the carpet." (*See* Exhibit K.)

24. On July 2, 2015, ESU Police Department advised Dean Alexander that the Lyon County Attorney's Office had contacted them "trying to figure out what Hale was talking about." (*See* Exhibit L.)

25. On July 2, 2015, Melvin emails President Vietti regarding ESU Police Department finding of no crime. (*See* Exhibit K.)

26. According to Plaintiff, "All of the Emporia State University officials and the law enforcement contacted stated that no crime occurred...." (ECF 78, pg 5.)

27. President Vietti responds to Melvin's email on July 6, 2015, encouraging him to follow administrative remedies. (*See* Exhibit M.)

28. Melvin emails Dr. Vietti on July 8, 2015, stating that he will not utilize administrative remedies offered by David Cordle, Judy Anderson or Dr. Vietti. (*See* Exhibit Q, pg 2.)

29. On July 9, 2015, the County Attorney, Marc Goodman notifies ESU Police Department that no crime occurred and he will not follow-up.

30. On July 10, 2015, Dr. Vietti requests an investigation into the allegations regarding multiple personnel issues in SLIM. Dr. Vietti takes this action as a result of Melvin and Angelica's express refusal to do so themselves.

31. On July 23, 2015, Melvin emails Ray Lauber with his "Settlement Options" for resolving the matter. These options were:

    a. The Dean and Debbie Rittgers are dismissed from SLIM for cause, and Angelica and Melvin are retained as employees of ESU.
    b. Angelica and Melvin are provided with acceptable financial compensation for damages and leave ESU via a Settlement Agreement/Separation Agreement.
    c. Debbie Rittgers is dismissed for cause; Melvin is promoted to tenure and Angelica is offered permanent employment in another department.
    d. Resolution through Federal Court.

(*See* Exhibit R.)

32. Melvin's "Settlement Options" had a deadline to respond by July 29, 2015. (*See* Exhibit R.)

33. On July 27, 2015, Angelica preempted Melvin's settlement offer by resigning her position via an email blast/open letter, wherein she stated her belief that Dean Alexander had <u>neglected</u> the situation. (ECF 46-2, Exhibit V.)

34. On July 29, 2015, Dean Alexander emails ESU faculty asking for staffing recommendations. (*See* Exhibit CC.)

35. On August 3, 2015, Kevin Johnson receives an email from David Trevino stating he is representing Melvin and Angelica. (*See* Exhibit S.)

36. On August 11, 2015, ESU receives a letter from Black Faculty and Staff & Latino Faculty and Staff regarding Angelica's open letter/meeting with ESU administration. (*See* Exhibit T.)

37. On August 15, 2015, Melvin emails the US Department of Education Clery Complaints, copying Gwen Alexander, Andrew Smith and Regents Interim CEO Dr. Blake Flanders and copied others across campus stating that Gwen is making erratic and retaliatory teaching assignment moves. (*See* Exhibit U.)

38. August 15, 2015 would likely have been Angelica's last day of employment, had she not resigned in July. (ECF 1-2, and Exhibit CC.)

39. On September 18, 2018, David Trevino emails Kevin Johnson stating that that he has terminated the attorney-client relationship with Melvin and Angelica Hale. (*See* Exhibit X.)

40. On September 21, 2015, Angelica files a Complaint with Kansas Human Rights Commission. (ECF 1-2).

5

41. On September 24, 2015, Melvin Hale sends a Memo to ESU Human Resources stating his revised terms for resolution of the matter. (*See* Exhibit Z).

42. On September 29, 2016, the USDOJ issues a Right to Sue Letter to Angelica indicating that she has the right to institute a civil action. (*See* Exhibit AA).

43. In November, 2016, Melvin Hale publishes his book "Django Unchained and the March on Emporia State: Institutional Racism as Practiced on an Academic Plantation in Kansas". (*See* Exhibit BB).

        Respectfully submitted,

        OFFICE OF THE ATTORNEY GENERAL
        DEREK SCHMIDT

        s/ Carrie A. Barney
        Carrie A. Barney, KS #22872
        Assistant Attorney General/Trial Counsel
        Rachael D. Longhofer, KS #25451
        Assistant Attorney General
        120 SW 10th Avenue, 2nd Floor
        Topeka, Kansas, 66612-1597
        Phone: (785) 368-6695
               (785) 368-8420
        Fax:   (785) 291-3767
        Email: carrie.barney@ag.ks.gov
               rachael.longhofer@ag.ks.gov
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2018, I electronically filed the foregoing with the Court using the CM/ECF system, and a notice of electronic filing was sent via the CM/ECF system to all counsel of record and to Plaintiff Angelica Hale, a registered pro se participant who receives electronic notification in the case, at angelicahale@yahoo.com. Furthermore, a copy of the above was provided to plaintiff, via email on May 31, 2018.

        s/ Carrie A. Barney
        Carrie A. Barney