## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ANGELICA HALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-CV-4182-DDC |
| | ) | |
| EMPORIA STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S OBJECTIONS TO
## PLAINTIFF'S WITNESS AND EXHIBIT LISTS

Pursuant to the Trial Order (ECF 123) Defendant submits the following objections to Plaintiff's witness and exhibits.

## WITNESSES

Defendant objects to the following witnesses listed by plaintiff that were not previously disclosed in Plaintiff's Rule 26 Disclosures:

1. Candace Kitselman

2. Danica Elaine White

3. Michael Morales

4. Jhon Huachaca

5. Kayla Gilmore

6. Debra Rittgers

7. Ray Lauber

8. Mirah Dow

9. Judy Anderson

10. Brenda Rahmoeller

11. Sarah Spoon

12. Candace Boardman

## **EXHIBITS**

| NO. | DESCRIPTION OF | OBJECTION(S) |
|---|---|---|
| 1. | Excerpts from The Final Report of the American Library Association External Review Panel for ESU SLIM dated December 14, 2015 | Relevance, Authentication, Hearsay |
| 2. | The External Report prepared for Jackie Vietti by Ray Lauber | Relevance, Authentication, Hearsay |
| 3. | The Grievance Committee "Observations/Concerns" Letter in the Rajesh Singh matter that was sent to Cordle and former ESU president Michael Shonrock. | Relevance, Authentication, Hearsay |
| 4. | SLIM Faculty Meeting Minutes from April 22, 2015. | Relevance, Authentication, Hearsay |
| 5. | Deposition of Gwen Alexander taken in the Rajesh Singh lawsuit against ESU *et al*. dated August 16, 2016. | Relevance, Authentication, Hearsay |
| 6. | ESU Policy Manual on Grievances. | Relevance, Authentication, Hearsay |
| 7. | Email from Dr. Hale to ESU SLIM Dr. Sarah Sutton applying to Assistant Professor position. | Relevance, Authentication, Hearsay |
| 8. | UCLA Certification of Completion of Dr. Hale's Doctoral Studies. | Relevance, Authentication, Hearsay |
| 9. | Excerpts from the UCLA 2014 Conferral of Doctoral Degrees Booklet. | Relevance, Authentication, Hearsay |
| 10. | Eugene V. Cota-Robles Fellowship grant and information. | Relevance, Authentication, Hearsay |
| 11. | Invitation and photo of Dr. Hale honored for academic excellence by UCLA Chancellor Gene Block. | Relevance, Authentication, Hearsay |
| 12. | Email from Dr. Sarah Sutton to Dr. Hale inviting him to a Skype Interview. | Relevance, Authentication, Hearsay |
| 13. | Email from Dr. Sarah Sutton to Dr. Hale inviting him to an on-campus interview at ESU SLIM. | Relevance, Authentication, Hearsay |
| 14. | Email from Dr. Hale to Dr. Sutton informing her that he was declining the offer for the interview due to the requirement he front travel expenses. | Relevance, Authentication, Hearsay |

| 15. | Photos of the Hale's vintage Jaguar automobiles. | Relevance, Authentication, Hearsay |
|---|---|---|
| 16. | Photo of the Hale residence in Emporia, Kansas. | Relevance, Authentication, Hearsay |
| 17. | Photo of Angelica coordinating the production of a photo shoot with Dean Gwen Alexander. | Relevance, Authentication, Hearsay |
| 18. | Photos of the basement room Dr. Hale painted for Dean Alexander. | Relevance, Authentication, Hearsay |
| 19. | Photos of Angelica Hale and Dr. Hale at ESU SLIM and related functions. | Relevance, Authentication, Hearsay |
| 20. | Photos of Dean Alexander's dogs, Chica and Nina. | Relevance, Authentication, Hearsay |
| 21. | Email from Dow to Dean Alexander entitled: "concern." | Relevance, Authentication, Hearsay |
| 22. | August 28, 2015 letter from Cordle to Dr. Hale. | Relevance, Authentication, Hearsay |
| 23. | Peer-reviewed research from seven studies showing that people see black men as larger and more threatening than white men. | Relevance, Authentication, Hearsay |
| 24. | Vendor's webpage showing Lizzie Borden, "Hatchet Lady," in a lenticular photo which Dean Alexander purchased on a business trip to Utah with Angelica Hale. | Relevance, Authentication, Hearsay |
| 25. | ESU SLIM Profile of Candace Boardman. | Relevance, Authentication, Hearsay |
| 26. | Photo of Dr. Hale's Office in SLIM. | Relevance, Authentication, Hearsay |
| 27. | Photo of Angelica Hale's office in SLIM. | Relevance, Authentication, Hearsay |
| 28. | Faculty and Staff at ESU SLIM in March 2014 from SLIM website. | Relevance, Authentication, Hearsay |
| 29. | Faculty and Staff at ESU SLIM in December 2014 from SLIM website. | Relevance, Authentication, Hearsay |
| 30. | Excerpts from Dr. Hale's August 17, 2015 phone conversation with Dow. | Relevance, Authentication, Hearsay |
| 31. | Recording of Dr. Hale's August 17, 2015 phone conversation with Dow. | Relevance, Authentication, Hearsay |
| 32. | Comments from ESU SLIM students on the climate in SLIM. | Relevance, Authentication, Hearsay |
| 33. | Student evaluations and ratings of Dr. Hale. | Relevance, Authentication, Hearsay |
| 34. | Facts About Retaliation from EEOC website. | Relevance, Authentication, Hearsay |
| 35. | Vietti's email announcing no furloughs for ESU employees. | Relevance, Authentication, Hearsay |

| 36. | Letter from KHRC instructing Angelica Hale on how to close her complaint. | Relevance, Authentication, Hearsay |
|---|---|---|
| 37. | Letter from KHRC instructing Dr. Hale on how to close his complaint. | Relevance, Authentication, Hearsay |
| 38. | Right to Sue letter from the DOJ for Dr. Hale. | Relevance, Authentication, Hearsay |
| 39. | Right to Sue letter from the DOJ for Angelica Hale. | Relevance, Authentication, Hearsay |
| 40. | Action Matters program information at the University of Wisconsin, Oshkosh. | Relevance, Authentication, Hearsay |
| 41. | Dr. Hale's First Semester letter of achievements from Dean Alexander. | Relevance, Authentication, Hearsay |
| 42. | Dean Alexander's retirement mentioned in the Spring Commencement, 2016. | Relevance, Authentication, Hearsay |
| 43. | Facebook post by Jason Brooks lamenting racism at ESU. | Relevance, Authentication, Hearsay |
| 44. | Job posting of Title IX Officer sought by ESU. | Relevance, Authentication, Hearsay |
| 45. | A copy of the document in which President Jackie Vietti announced the exoneration of Debra Rittgers. | Relevance, Authentication, Hearsay |
| 46. | A copy of the call detail records from AT&T, showing when Wendy Carlson's message was left on Angelica's voicemail. | Relevance, Authentication, Hearsay |
| 47. | A copy of the text messages sent and received between Angelica Hale and Dr. Hale on April 8, 2015. | Relevance, Authentication, Hearsay |
| 48. | A transcript of the verbal opinion of Wendy Carlson. | Relevance, Authentication, Hearsay |
| 49. | A transcript of Dean Gwen Alexander's remarks regarding Wendy Carlson's opinion and other matters on July 7, 2015. | Relevance, Authentication, Hearsay |
| 50. | A photo of President Vietti meeting with the Black Student Union on September 17, 2015. | Relevance, Authentication, Hearsay |
| 51. | A copy of the Black Student Union agenda for September 17, 2015. | Relevance, Authentication, Hearsay |
| 52. | A copy of the Black Student Union agenda for September 24, 2015. | Relevance, Authentication, Hearsay |
| 53. | A copy of an email message sent to Dean Gwen Alexander by Melvin Hale on August 26, 2015. | Relevance, Authentication, Hearsay |
| 54. | A transcript of what was said in the SLIM faculty meeting on August 26, 2015. | Relevance, Authentication, Hearsay |
| 55. | A copy of a letter of support from educators across the country that Melvin Hale wanted to present to the SLIM faculty. | Relevance, Authentication, Hearsay |
| 56. | A copy of a letter of support from black faculty and staff at Emporia State University. | Relevance, Authentication, Hearsay |

| 57. | A copy of an email sent by Black Student Union vice president, Deidra Elijah, to President Vietti on September 9, 2015. | Relevance, Authentication, Hearsay |
|---|---|---|
| 58. | A copy of the email sent by President Vietti to Elijah in response to her email. | Relevance, Authentication, Hearsay |
| 59. | A copy of Elijah's text message to Angelica on September 3, 2015. | Relevance, Authentication, Hearsay |
| 60. | A photo posted by Elijah on her Facebook page showing her selling t-shirts with two other Black Student Union members. | Relevance, Authentication, Hearsay |
| 61. | Associated Press article published on July 29, 2015. | Relevance, Authentication, Hearsay |
| 62. | Catherine Terrell's comment on the Change.org petition. | Relevance, Authentication, Hearsay |
| 63. | Book cover from Django Unchained and the March on Emporia State. | Relevance, Authentication, Hearsay |
| 64. | A photocopy of the notebook page with the word "NIGGAZ" on it. | Relevance, Authentication, Hearsay |
| 65. | A copy of a web page from iOTWReport.com in which Dr. Hale is referred to as a "dipshit" with "juvenile thinking." | Relevance, Authentication, Hearsay |
| 66. | A copy of an article on the website DownTrend.com. | Relevance, Authentication, Hearsay |
| 67. | A copy of a Facebook page by James Alt referring to Dr. Hale as a race-baiting" "social justice warrior." | Relevance, Authentication, Hearsay |
| 68. | A copy of the Moonbattery website pages referring to Melvin and Angelica Hale. | Relevance, Authentication, Hearsay |
| 69. | A copy of the agenda for the meeting of the accreditation team for SLIM from the American Library Association the week of October 26, 2015. | Relevance, Authentication, Hearsay |
| 70. | A partial transcript and photos from Alexa Thomas's YouTube video entitled My Story. | Relevance, Authentication, Hearsay |
| 71. | A copy of the WTF303 Facebook page and related pages. | Relevance, Authentication, Hearsay |
| 72. | Excerpts from a book that Dr. Hale is researching entitled: Emporia State University - Case Study of a 21st Century Lynch Mob. | Relevance, Authentication, Hearsay |
| 73. | A copy of an email from Change.org referring to Angelica and Dr. Hale as niggers that need to go back to Compton, California. | Relevance, Authentication, Hearsay |
| 74. | A copy of the letter given to Melvin Hale by David Cordle on October 12, 2015. | Relevance, Authentication, Hearsay |

| 75. | A photo of Kevin Johnson being served the first federal complaint, Hale v. ESU, by Angelica Hale on October 15, 2015. | Relevance, Authentication, Hearsay |
|---|---|---|
| 76. | Email from SLIM student Kevin Pack dated September 15, 2016. | Relevance, Authentication, Hearsay |
| 77. | Email from SLIM student Kevin Pack dated December 31, 2016. | Relevance, Authentication, Hearsay |
| 78. | Emporia Gazette newspaper story announcing the results of the investigation into the hate crime dated September 10, 2015. | Relevance, Authentication, Hearsay |
| 79. | Photo and quotation from the Emporia Gazette newspaper story dated September 10, 2015. | Relevance, Authentication, Hearsay |
| 80. | Transcript of the ESU September 9, 2015 press conference as published by KVOE. | Relevance, Authentication, Hearsay |
| 81. | List of forty-two falsehoods allegedly told by ESU in the results of the investigation. | Relevance, Authentication, Hearsay |
| 82. | Photographs of the September 15, 2015 March on Emporia. | Relevance, Authentication, Hearsay |
| 83. | ESU Bulletin September 10, 2015 story on the results of the investigation. | Relevance, Authentication, Hearsay |
| 84. | Photograph of the fourth floor office where the slur was found. | Relevance, Authentication, |
| 85. | Photograph of Angelica Hale's office on the fourth floor of SLIM, and the graduate student's desk in her office. | Relevance, Authentication, |
| 86. | Email from Gwen Alexander to Angelica Hale dated May 5, 2015 asking her to do the graduate student's job evaluation. | Relevance, Authentication, |
| 87. | Vitae of Wendy Carlson. | Relevance, Authentication, Not designated as an expert witness |
| 88. | FBI definition of hate crime. | Relevance, Authentication, |
| 89. | Hate Crime Symposium 2015 program information. | Relevance, Authentication, |
| 90. | Letter from Jackie Vietti to the Emporia Connection dated September 15, 2015, and negative commentary from one of the recipients about Angelica and Dr. Hale. Shared on ESU SLIM alum Allie Flanary's Google Plus page September 21, 2015. | Relevance, Authentication, Hearsay |
| 91. | Graphics depicting the Investigation. | Relevance, Authentication, |
| 92. | ESU Bulletin editorial from September 10, 2015 entitled: Those Who Cry Wolf. | Relevance, Authentication, Hearsay |

| 93. | Emporia Gazette story regarding Melvin Hale filing a lawsuit against ESU published October 16, 2015. | Relevance, Authentication, Hearsay |
|---|---|---|
| 94. | ReligioPoliticalTalk article entitled: *Sigh* Another Faux Racist "Attack." | Relevance, Authentication, Hearsay |
| 95. | Faculty Senate Executive Committee notes for September 10, 2015. | Relevance, Authentication, Hearsay |
| 96. | Faculty Senate Meeting notes for September 25, 2015. | Relevance, Authentication, Hearsay |
| 97. | Emails with attorney David Trevino regarding Gwen Alexander and the graduate student. | Relevance, Authentication, Hearsay |
| 98. | Partial transcript of October 12, 2015 meeting with David Cordle and Kevin Johnson. | Relevance, Authentication, |
| 99. | Emporia Gazette article from September 9, 2015. | Relevance, Authentication, Hearsay |
| 100. | Photograph of Kevin Johnson and Jackie Vietti at the September 9, 2015 press conference. | Relevance, Authentication, Hearsay |
| 101. | Graphics depicting the ESU investigation as a cover-up. | Relevance, Authentication, Hearsay |
| 102. | Emporia Gazette October 16, 2015 re: Melvin Hale filing a lawsuit against ESU. | Relevance, Authentication, Hearsay |
| 103. | Webpage showing Jackie Vietti's membership on the Higher Learning Commission Board of Directors at the same time as one of the outside reviewers. | Relevance, Authentication, Hearsay |
| 104. | Example of an Upjohn Warning. | Relevance, Authentication, Hearsay |
| 105. | Partial transcript of Dr. Hale's meeting with Ray Lauber. | Relevance, Authentication, Hearsay |
| 106. | Partial transcript of August 17, 2015 conversation between Melvin Hale and Mirah Dow. | Relevance, Authentication, Hearsay |
| 107. | Allison Garrett comment on ESU being a "model of diversity" on KVOE. | Relevance, Authentication, Hearsay |
| 108. | ESU"s Diversity, Equity, and Inclusion Plan. | Relevance, Authentication, Hearsay |
| 109. | Email asking KVOE to publish relevant Court Order update. | Relevance, Authentication, Hearsay |
| 110. | Email messages with Sherman Smith at Topeka Capital Journal. | Relevance, Authentication, Hearsay |
| 111. | Vitae of Koch Industries" President Dave Robertson. | Relevance, Authentication, |
| 112. | ESU students visiting Koch Industries. | Relevance, Authentication, Hearsay |

| 113. | Robert Page speaking with the media, Angelica and Dr. Hale on Nov. 19, 2015. | Relevance, Authentication, |
| 114. | Robert Page's new position announced at Metro. Community College. | Relevance, Authentication, Hearsay |
| 115. | Attorney Fred Gray awarded Honorary Doctorate at ESU. | Relevance, Authentication, Hearsay |
| 116. | Email from Melvin Hale to David Cordle dated June 15, 2015. | Relevance, Authentication, |
| 117. | Email from Melvin Hale to Jackie Vietti dated September 18, 2015. | Relevance, Authentication, Hearsay |
| 118. | Angelica Hale's Open Letter to Gwen Alexander dated July 27, 2015. | Relevance, Authentication, |
| 119. | Gwen Alexander's email announcing a replacement for Angelica Hale. | Relevance, Authentication, |
| 120. | Facebook post from a SLIM alum describing his experience with racism at ESU | Relevance, Authentication, Hearsay |
| 121. | ESU"s Title VII policy explicitly forbidding repeated ignoring of a university community member. | Relevance, Authentication, |
| 122. | Photo of Allison Garrett's Cabinet at ESU in 2018. | Relevance, Authentication, |
| 123. | Angelica Hale's Statement dated June 19, 2018. | Relevance, Hearsay, lay opinions and conclusions |
| 124. | Sworn declaration of Melvin Hale dated April 2, 2018. | Relevance, Hearsay, lay opinions and conclusions |
| 125. | Vietti's email blast to the ESU campus on September 9, 2015. | Relevance, Authentication, Hearsay |
| 126. | Vietti's email blast the ESU campus on September 10, 2015. | Relevance, Authentication, |
| 127. | Ray Lauber's emails with Dr. Hale regarding his familial relationship with Debra Rittgers. | Relevance, Authentication, Hearsay |
| 128. | Emporia Gazette article dated February 14, 2018: ESU Misconduct Investigation Leaves Student 'Helpless.' | Relevance, Authentication, Hearsay |
| 129. | Partial transcript of Angelica Hale's Conversation with AAG Carrie Barney on October 2, 2017. | Relevance, Authentication, |
| 130. | Partial transcript of Angelica Hale's Conversation with Assistant Attorney General Carrie Barney on October 20, 2017. | Relevance, Authentication, |
| 131. | KVOE April 6, 2018 article entitled "Angelica Hale seeks summary judgment against ESU in civil case; university says Hale violated court order." | Relevance, Authentication, Hearsay |
| 132. | Email from ESU President Allison Garrett regarding "The Jane Story," indicating that ESU was reopening the failed investigation into the alleged actions of ESU professor Brian Schrader. | Relevance, Authentication, Hearsay |

| 133. | ESU Bulletin calls for an independent investigation of the "Jane, Kissing Professor" incident. | Relevance, Authentication, Hearsay |
|---|---|---|
| 134. | Kansas State policies on reporting hate crimes, etc., and the distinction between an internal grievance report and a police report. | Relevance, Authentication, Hearsay |
| 135. | Partial transcript of the meeting with Vietti and Johnson on September 9, 2015, and Vietti's demands for Dr. Hale in an "extended cooling off period." | Relevance, Authentication, Hearsay |
| 136. | Sworn declaration of Angelica Hale dated August 18, 2016. | Relevance, Authentication, Hearsay, lay opinions and conclusions |
| 137. | Sworn declaration of Melvin Hale dated August 18, 2016. | Relevance, Authentication, Hearsay, lay opinions and conclusions |
| 138. | Sworn declaration of Angelica Hale dated October 23, 2017. | Relevance, Authentication, Hearsay, lay opinions and conclusions |
| 139. | Sworn declaration of Melvin Hale dated October 23, 2017. | Relevance, Authentication, Hearsay, lay opinions and conclusions |
| 140. | Email from Dr. Hale to Vietti, et al. regarding the true definition of hate crime, as found in ESU"s own Annual Security and Fire Safety Report, dated 2013. | Relevance, Authentication, |
| 141. | Email from Dr. Hale to Angelica documenting his encounter with Dow in which she stated to Dr. Hale that Lauber told her not to talk to him. | Relevance, Authentication, Hearsay |
| 142. | AT&T Call Detail records showing the July 2, 2015 call to Dr. Hale from the ESU PD, and his two calls to Lyon County Attorney Marc Goodman which were not returned. | Relevance, Authentication, Hearsay |
| 143. | September 16, 2015 letter from Vietti to Dr. Hale regarding a mandatory referral to counseling. | Relevance, Authentication, Hearsay |
| 144. | August 13, 2015 emails between Dr. Sarah Sutton and Dr. Hale. | Relevance, Authentication, Hearsay |
| 145. | KVOE story regarding Melvin Hale's dismissal dated February 6, 2016. | Relevance, Authentication, Hearsay |
| 146. | A photocopy of the notebook page with the word "NIGGAZ" on it. | Relevance, Authentication, |
| 147. | Admission by Debra Rittgers that Room 413 did not have a problem with the locking mechanism. | Relevance, Authentication, Hearsay |
| 148. | Emporia Gazette article on ESU receiving a Jefferson Muzzle Award. | Relevance, Authentication, Hearsay |
| 149. | A copy of the document in which President Jackie Vietti announced the results of the 2015 internal "investigation" into the report of a hate crime. | Relevance, Authentication, Hearsay |

| 150. | Article printed in The Bulletin on October 1, 2015 entitled: Hale Must Retract or Face the Axe. | Relevance, Authentication, Hearsay |
|---|---|---|
| 151. | December 14, 2015 letter from Cordle to Dr. Hale informing him that his contract would not be renewed. | Relevance |
| 152. | Email from Angelica Hale to Wendy Carlson dated July 1, 2015 informing her that she had provided her opinion on the writing of the racial slur, and that the ESU Police Dept. might be contacting her. | Relevance, Authentication |
| 153. | Photo of the toner box label written by Rittgers that led Angelica to believe that the writing there was similar to the writing of the racial slur. | Relevance, Authentication |
| 154. | Dow's opinion that the hare speech incident was a hate crime, and that she wished that Vietti would admit it. | Relevance, Authentication, Hearsay |
| 155. | Dow's statement that "You and Angelica both went about [reporting the bias incident] in a very prudent way. It was responsible yet it wasn't flamboyant or unreasonable. You know, you tried to solve it." | Relevance, Authentication, Hearsay |
| 156. | Dr. Hale's EEOC and KHRC Complaints. | Relevance, Authentication, Hearsay |
| 157. | Letter from Vietti to SLIM student Gabrielle Fuentes | Relevance, Authentication, Hearsay |
| 158. | Facebook post from a SLIM student describing being told not to ask Dr. Hale for a reference. | Relevance, Authentication, Hearsay |
| 159. | Peer-reviewed study which denounces ostracism as worse than overt discrimination. | Relevance, Authentication, Hearsay |
| 160. | Text messages between Angelica Hale and Deidra Elijah regarding Deidra speaking to her government class about the upcoming march. | Relevance, Authentication, Hearsay |
| 161. | Facebook post by Deidra Elijah as BSU Vice President indicating their support for the Hales and the protest march against racism. | Relevance, Authentication, Hearsay |
| 162. | Article in American Libraries announcing two task forces on accreditation showing that Dow was on the committee for the Context of Future Accreditation. | Relevance, Authentication, Hearsay |
| 163. | Document entitled: Economic Damages In An Employment Case, Calculations And Assumptions, by John A. Beranbaum, Beranbaum Menken & Ben-Asher LLP. | Relevance, Authentication, Hearsay |
| 164. | Sound recording from August 26, 2015 SLIM Faculty Meeting | Relevance, Authentication, Hearsay |
| 165. | Sound recording of Wendy Carlson's Handwriting Opinion on the slur. | Relevance, Authentication, Hearsay, not designated as an expert witness |

| 166. | Sound recording of August 17, 2015 phone conversation between Dr. Melvin Hale and Dr. Mirah Dow. | Relevance, Authentication, Hearsay |
|---|---|---|
| 167. | Sound recording from KVOE of September 9, 2015 ESU Press Conf. | Relevance, Authentication, Hearsay |
| 168. | Sound recording of September 9, 2015 meeting with Vietti and Kevin Johnson, Melvin Hale, and Lawrence, KS attorney David Treviño. | Relevance, Authentication, Hearsay |
| 169. | Facebook posts by George Head. | Relevance, Authentication, Hearsay |
| 170. | Facebook posts by Danica White and Emporia Social Justice Supporters group | Relevance, Authentication, Hearsay |
| 171. | Bulletin articles and social media posts relating to the "investigation" and diversity at ESU. | Relevance, Authentication, Hearsay |
| 172. | Restricted Certified Mail, with trial subpoena enclosed, addressed to Ray Lauber's home in Osage City. Post Office status: *item refused by addressee*. | Relevance, Authentication |
| 173. | Restricted Certified Mail, with trial subpoena enclosed, addressed to Sarah Spoon's permanent residence in Fredonia, KS. Post Office status: *item refused by addressee*. | Relevance, Authentication |
| 174. | Document from sheriff stating that they contacted Sarah Spoon's mother at the Fredonia address to serve a trial subpoena, and was told that Sarah was not there, but would be there later. They requested that Sarah call or go to the sheriff's office to receive the subpoena. *Sarah has not contacted the sheriff.* | Relevance, Authentication, Hearsay |
| 175. | First video of Debra Rittgers stalking Angelica on the 4th floor of SLIM. | Relevance, Authentication |
| 176. | Second video of Debra Rittgers stalking Angelica on the 4th floor of SLIM. | Relevance, Authentication |
| 177. | Timeline to termination graphic. | Relevance, Authentication |
| 178. | Photo taken at the La Hacienda Mexican Restaurant on July 27, 2015 showing Angelica Hale, Dr. Melvin Hale, Jason Brooks, George Head and Earl Givens. | Relevance, Authentication |
| 179. | Restricted Certified Mail, with trial subpoena enclosed, addressed to Gwendolyn Alexander's permanent residence in Emporia, KS forwarded to Aurora, CO where it went out for delivery on December 21, 2015. Post Office status on Dec. 26, 2018: Out for delivery. | Relevance, Authentication |
| 180. | 2016 resume of Kevin Johnson showing his work as an administrative law judge for the Kansas Human Rights Commission. | Relevance, Authentication |

Respectfully submitted,
OFFICE OF THE ATTORNEY GENERAL
DEREK SCHMIDT

s/ Carrie A. Barney
Carrie A. Barney, KS #22872
Assistant Attorney General/Trial Counsel
Stanley R. Parker, KS #10971
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-6695
       (785) 368-8420
Fax:   (785) 291-3767
Email: carrie.barney@ag.ks.gov
       Stanley.parker@ag.ks.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2019, I electronically filed the foregoing with the Court using the CM/ECF system, and a notice of electronic filing was sent via the CM/ECF system to all counsel of record and to Plaintiff Angelica Hale, a registered pro se participant who receives electronic notification in the case, at angelicahale@yahoo.com.

s/ Carrie A. Barney
Carrie A. Barney