# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS

ANGELICA HALE,

       *Plaintiff,*

v.

EMPORIA STATE UNIVERSITY,

       *Defendant.*

**Case No. 16-4182-DDG-TJJ**

Judge Daniel D. Crabtree
Magistrate Judge Teresa J. James

## PLAINTIFF'S FINAL TRIAL EXHIBITS AND TRIAL WITNESSES

In accordance with Rule 26, and the Court's order in ECF 123, pro se Plaintiff Angelica

Hale ("Ms. Hale" or Plaintiff") herein provides Defendant with the exhibits she intends to

introduce at trial, along with the names and contact information for the witnesses she plans to

call to testify at the bench trial set to begin on January 8, 2019 at 9:00 A.M. in Topeka, KS. All

witnesses that plaintiff intends to call may be considered adverse, and some have not accepted

service of their trial subpoenas, thus plaintiff does not know which witnesses will appear at trial.

**Note**: An "X" in the "Def." column indicates that the document contains an admission against interest by a Defendant or its agents. The purpose of an exhibit is not limited by the following verbiage. Exhibits may have multiple purposes.

| Exhibit # | Exhibit Name | Location | Def. | |
|---|---|---|---|---|
| 1 | Excerpts from The Final Report of the American Library Association External Review Panel for ESU SLIM dated December 14, 2015. **Purpose**: Shows that the Dean Alexander was an unfit leader for the School of Library and Information Management, and that her management style did not promote diversity and/or harmony, and that turnover was excessively high, especially for persons of color. | 16-4182, ECF 113, pgs. 120-127 | X | |

| | | | | |
|---|---|---|---|---|
| 2 | The External Report prepared for Jackie Vietti by Ray Lauber.<br>**Purpose**: Explicitly states that Dean Alexander non-renewed Angelica Hale's on account of her report of a hate crime. | 16-4182, ECF 86, pg. 184. | X | |
| 3 | The Grievance Committee "Observations/Concerns" Letter in the Rajesh Singh matter that was sent to Cordle and former ESU president Michael Shonrock.<br>**Purpose**: States that SLIM Dean Alexander tolerated an atmosphere of white supremacy, suppressed diversity, and that she was viewed by professionals in the library field and peers within ESU as unfit to be dean of a library school. | 16-4182, ECF 113, pg. 116 | X | |
| 4 | SLIM Faculty Meeting Minutes from April 22, 2015.<br>**Purpose**: Documents department openings for Associate Dean and Marketing Coordinator, the latter being the position slated for Angelica Hale before she complained about racism and a hate crime to the Provost and ESU Police Department. | 16-4182, ECF 113, pgs. 40-41 | | |
| 5 | Deposition of Gwen Alexander taken in the Rajesh Singh lawsuit against ESU et. al. dated August 16, 2016.<br>**Purpose**: Alexander states that the termination of a faculty member is a joint decision involving upper administration. | 16-4182, ECF 113, pgs. 43-45 | X | |
| 6 | ESU Policy Manual on Grievances.<br>**Purpose**: Shows that ESU violated several of its own policies when conducting its investigation and preparing its results. | 16-4182, ECF 113, pgs. 47-49 | | |
| 7 | Email from Dr. Hale to ESU SLIM Dr. Sarah Sutton applying to Assistant Professor position.<br>**Purpose**: Documents Dr. Hale's initial application to ESU SLIM. | 16-4182, ECF 113, pg. 51 | | |
| 8 | UCLA Certification of Completion of Dr. Hale's Doctoral Studies.<br>**Purpose**: Evidence that Dr. Hale completed his studies mid-year without the benefit of a doctoral year fellowship. | 16-4182, ECF 113, pg. 53 | | |
| 9 | Excerpts from the UCLA 2014 Conferral of Doctoral Degrees Booklet.<br>**Purpose**: Documentation of Dr. Hale's completion of his PhD at UCLA by defending a theory of visual cognition. | 16-4182, ECF 113, pgs. 54-55 | | |
| 10 | Eugene V. Cota-Robles Fellowship grant and information.<br>**Purpose**: Documents Dr. Hale's receipt of a prestigious academic award, attesting to his scholarship. | 16-4182, ECF 113, pgs. 57-71 | | |
| 11 | Invitation and photo of Dr. Hale honored for academic excellence by UCLA Chancellor Gene Block. | 16-4182, ECF 113, pg.73 | | |

| | | | | |
|---|---|---|---|---|
| | **Purpose**: Documents Dr. Hale's receipt of a prestigious academic award from UCLA. | | | |
| 12 | Email from Dr. Sarah Sutton to Dr. Hale inviting him to a Skype interview.<br>**Purpose**: Documents the second step in Dr. Hale's application to SLIM. | 16-4182, ECF 113, pg. 75 | | |
| 13 | Email from Dr. Sarah Sutton to Dr. Hale inviting him to an on-campus interview at ESU SLIM.<br>**Purpose**: Documents the conditions for Dr. Hale's on-campus interview. | 16-4182, ECF 113, pg. 77 | | |
| 14 | Email from Dr. Hale to Dr. Sutton informing her that he was declining the offer for the interview due to the requirement he front travel expenses.<br>**Purpose**: Documents Dr. Hale's declination of the on-campus interview due to financial hardship related to having to front travel expenses. | 16-4182, ECF 113, pgs. 79-80 | | |
| 15 | Photos of the Hale's vintage Jaguar automobiles.<br>**Purpose**: Documents the vehicles referenced by defendant, one of which was sold to Debra Rittgers shortly after Ms. Hale and Dr. Hale arrived in Emporia. | 16-4182, ECF 113, pg. 82 | | |
| 16 | Photo of the Hale residence in Emporia, Kansas.<br>**Purpose**: Depicts the residence which Ms. Hale and Dr. Hale bought on a ten-year mortgage shortly after they arrived in Emporia, intending a long stay in Emporia community. | 16-4182, ECF 113, pg. 84 | | |
| 17 | Photo of Angelica coordinating the production of a photo shoot with Dean Gwen Alexander.<br>**Purpose**: Documents the type of work performed by Angelica Hale, working closely with the dean. | 16-4182, ECF 113, pg. 86 | | |
| 18 | Photos of the basement room Dr. Hale painted for Dean Alexander.<br>**Purpose**: Depicts the work Dr. Hale and Ms. Hale performed for Dean Alexander as a neighbor who lived a block away. | 16-4182, ECF 113, pg. 88 | | |
| 19 | Photos of Angelica Hale and Dr. Hale at ESU SLIM and related functions.<br>**Purpose**: Depicts social interactions by Ms. Hale and Dr. Hale at SLIM. | 16-4182, ECF 113, pgs. 90-98 | | |
| 20 | Photos of Dean Alexander's dogs, Chica and Nina.<br>**Purpose**: Documents Angelica's involvement in caring for Dean | 16-4182, ECF 113, pgs. | | |

| | | | | |
|---|---|---|---|---|
| | Alexander's dogs. | 100-101 | | |
| 21 | Email from Dow to Dean Alexander entitled: "concern." **Purpose**: Email is self-descriptive. Dow wanted Dean Alexander to retain Angelica and Dr. Hale because of their valuable contributions. | 16-4182, ECF 113, pg. 103 | X | |
| 22 | August 28, 2015 letter from Cordle to Dr. Hale. **Purpose**: Documentation of the beginning of the "cooling off period" for Dr. Hale. | 16-4182, ECF 113, pgs. 105-106 | | |
| 23 | Peer-reviewed research from seven studies showing that people see black men as larger and more threatening than white men. **Purpose**: To show that ESU administrators attempted to invoke a well-researched racial phenomena and stereotype to falsely depict Dr. Hale as a menacing bully. | 16-4182, ECF 113, pgs. 108-112 | | |
| 24 | Vendor's webpage showing Lizzie Borden, "Hatchet Lady," in a lenticular photo which Dean Alexander purchased on a business trip to Utah with Angelica Hale. **Purpose**: To show that Dean Alexander internalized and was humored by the moniker she had at ESU as the "Hatchet Lady" for her role in firing numerous employees. | 16-4182, ECF 113, pg. 114 | | |
| 25 | ESU SLIM Profile of Candace Boardman. **Purpose**: The profile of SLIM's program director who is accused of venerating Hitler in the Rajesh Singh Grievance Committee Report sent to President Michael Shonrock and Provost David Cordle. | 16-4182, ECF 113, pg. 118 | | |
| 26 | Photo of Dr. Hale's Office in SLIM. **Purpose**: Documentation of Dr. Hale's office in SLIM. | 15-4947, ECF 20-1, pg. 12 | | |
| 27 | Photo of Angelica Hale's office in SLIM. **Purpose**: Documentation of Angelica Hale's office in SLIM. | 16-4182, ECF 113, pg. 129 | | |
| 28 | Faculty and Staff at ESU SLIM in March 2014 from SLIM website. **Purpose**: To show the composition of SLIM staff before Angelica and Dr. Hale arrived, and the rapid turnover of faculty. | 16-4182, ECF 113, pg. 131 | | |
| 29 | Faculty and Staff at ESU SLIM in December 2014 from SLIM website. **Purpose**: To show the composition of SLIM staff after Angelica and Dr. Hale arrived, and the rapid turnover of faculty. | 16-4182, ECF 113, pg. 133 | | |
| 30 | Excerpts from Dr. Hale's August 17, 2015 phone conversation with Dow. **Purpose**: To show that Dr. Hale and Dr. Dow had similar views on | 16-4182, ECF 113, pgs. 135-138 | X | |

| | | | | |
|---|---|---|---|---|
| | the alleged hate crime, on the climate of rear in SLIM, and on the behavior of Dean Alexander; and the negative actions that ESU would take to fend off allegations of racism, despite the facts. | | | |
| 31 | Recording of Dr. Hale's August 17, 2015 phone conversation with Dow.<br>**Purpose**: Supports the transcript of the conversation between Dow and Dr. Hale. | 15-4947, ECF 72, CD filed with Court and Defs. | X | |
| 32 | Comments from ESU SLIM students on the climate in SLIM.<br>**Purpose**: Support from third parties regarding the climate in SLIM. | 16-4182, ECF 113, pgs. 140-147 | | |
| 33 | Student evaluations and ratings of Dr. Hale.<br>**Purpose**: Documents the exceptional performance of Dr. Hale as a first and second year assistant professor at SLIM. | 16-4183, ECF 35, pgs. 110-115 | | |
| 34 | Facts About Retaliation from EEOC website.<br>**Purpose**: Official documentation which defines workplace retaliation. | 16-4182, ECF 113, pg. | | |
| 35 | Vietti's email announcing no furloughs for ESU employees.<br>**Purpose**: Proof that adverse financial issues in Kansas did not negatively impact any employee at ESU in July 2015 forward, despite defendant's claims that it did. | 16-4182, ECF 113, pg. 153 | X | |
| 36 | Letter from KHRC instructing Angelica Hale on how to close her complaint.<br>**Purpose**: To show that the KHRC closed Angelica Hale's complaint without taking any action despite having the case for over 300 days, and that this may have something to do with their relationship with Kevin Johnson as a KHRC official. | 16-4182, ECF 113, pgs. 155-156 | | |
| 37 | Letter from KHRC instructing Dr. Hale on how to close his complaint.<br>**Purpose**: To show that the KHRC closed Dr. Hale's complaint without taking any action despite having the case for over 180 days, and that this may have something to do with their relationship with Kevin Johnson as a KHRC official. | 15-4947, ECF 20-1, pg. 2 | | |
| 38 | Right to Sue letter from the DOJ for Dr. Hale.<br>**Purpose**: Documentation that Dr. Hale had a right to sue ESU for retaliation. | 15-4947, ECF 20-1, pgs. 2-7 | | |
| 39 | Right to Sue letter from the DOJ for Angelica Hale.<br>**Purpose**: Documentation that Angelica had a right to sue ESU. | 16-4182, ECF 113, pg. 158 | | |

| | | | | |
|---|---|---|---|---|
| 40 | Action Matters program information at the University of Wisconsin, Oshkosh.<br>**Purpose**: An example of how reports of discrimination are handled in similarly-situated academic institutions. | 16-4182, ECF 113, pgs. 161-162 | | |
| 41 | Dr. Hale's First Semester letter of achievements from Dean Alexander.<br>**Purpose**: Documentation of Dr. Hale's achievements in SLIM in 2014. | 16-4182, ECF 113, pg. 163 | X | |
| 42 | Dean Alexander's retirement mentioned in the Spring Commencement, 2016.<br>**Purpose**: To show that ESU supported Dean Alexander with a full retirement package despite official reports of her mismanagement. | 16-4182, ECF 113, pgs. 165-166 | | |
| 43 | Facebook post by Jason Brooks lamenting racism at ESU.<br>**Purpose**: Evidence of racial discrimination at ESU in 2014 described by the then Director of Diversity at ESU. | | | |
| 44 | Job posting of Title IX Officer sought by ESU.<br>**Purpose**: Description of this position describes the manner in which reports of harassment and discrimination should be handled. Ray Lauber held this title while conducting the investigation into Angelica and Dr. Hale's report of a hate crime, and his actions do not correspond to the job description. | | | |
| 45 | A copy of the document in which President Jackie Vietti announced the exoneration of Debra Rittgers.<br>**Purpose**: Documentation of the circumstances under which Rittgers was exonerated. | 15-4947, ECF 13, pgs.42-44 | | |
| 46 | A copy of the call detail records from AT&T, showing when Wendy Carlson's message was left on Angelica's voicemail.<br>**Purpose**: Evidence of the date and time of Carlson's expert opinion, which Angelica paid $300 for. | 15-4947, ECF 13, pg. 34 | | |
| 47 | A copy of the text messages sent and received between Angelica Hale and Dr. Hale on April 8, 2015.<br>**Purpose**: Documentation of the hate speech incident that allegedly occurred in SLIM student Brenda Rahmoeller's office on the 4th floor of SLIM. | 16-4183, ECF 35, pgs. 119- | | |
| 48 | A transcript of the verbal opinion of Wendy Carlson.<br>**Purpose**: Documentation of the paid opinion of a forensic document examiner as to the authorship of the racial slur "Niggaz" found in | 15-4947, ECF 4, pg. 24 | | |

| | | | | |
|---|---|---|---|---|
| | SLIM student Brenda Rahmoeller's notepad. | | | |
| 49 | A transcript of Dean Gwen Alexander's remarks regarding Wendy Carlson's opinion and other matters on July 7, 2015. **Purpose**: Evidence of Alexander's out-of-hand dismissal of Carlson's expert opinion, and her anger with Angelica and Dr. Hale's report of a hate crime. | 16-4183, ECF 35, pgs. 40-46 | | |
| 50 | A photo of President Vietti meeting with the Black Student Union on September 17, 2015. **Purpose**: Documentation of Vietti's visit with the BSU and Jhon Huachaca (also with HALO) two days after the first March on Emporia. Following Vietti's visit, the BSU withdrew all support for Angelica and Dr. Hale and their protests against racism at ESU. | 15-4947, ECF 20-1, pg. 15 | | |
| 51 | A copy of the Black Student Union agenda for September 17, 2015. **Purpose**: The agenda for the meeting when Vietti visited. | 16-4183, ECF 35, pg. 210 | | |
| 52 | A copy of the Black Student Union agenda for September 24, 2015. **Purpose**: The agenda for the next meeting of the BSU in which the topic of "disassociating" with a member of the university is discussed. | 16-4183, ECF 35, pg. 211 | | |
| 53 | A copy of an email message sent to Dean Gwen Alexander by Melvin Hale on August 26, 2015. **Purpose**: Documentation of Alexander's conduct in the faculty meeting which Dr. Hale told her was a violation of freedom of speech. | 15-4947, ECF 71, pg. 84 | | |
| 54 | A transcript of what was said in the SLIM faculty meeting on August 26, 2015. **Purpose**: Documentation of Dr. Hale being viciously shut down for discussing the upcoming protest march against racism by Dean Alexander and Associate Dean Andrew Smith. | 16-4183, ECF 35, pgs. 69-70 | | |
| 55 | A copy of a letter of support from educators across the country that Melvin Hale wanted to present to the SLIM faculty. **Purpose**: To show that there was public interest in the protests against racism at ESU, especially in library schools, and support for Dr. Hale. | 15-4947, ECF 13, pgs. 60-62 | | |
| 56 | A copy of a letter of support from black faculty and staff at Emporia State University. **Purpose**: To show that initially there was significant support at ESU for the Hale's protests against racism and discrimination. | 15-4947, ECF 13, pgs. 64-66 | | |

| | | | | |
|---|---|---|---|---|
| 57 | A copy of an email sent by Black Student Union vice president, Deidra Elijah, to President Vietti on September 9, 2015. **Purpose**: To show the level of concern about the official investigation into racism by this ESU student leader. | 15-4947, ECF 17-1, pg. 16 | | |
| 58 | A copy of the email sent by President Vietti to Elijah in response to her email. **Purpose**: To show that Vietti was responsive to the BSU request for a meeting, but not to the Hales request to meet with her. That Vietti was deliberately indifferent to Dr. Hale's concerns about retaliation and racism in SLIM. | 15-4947, ECF 56, pg. 83 | X | |
| 59 | A copy of Elijah's text message to Angelica on September 3, 2015. **Purpose**: Evidence that Angelica and Dr. Hale's concerns about racism at ESU was a matter of broad concern. | 17-4019, ECF 22-1, pg. 28 | | |
| 60 | A photo posted by Elijah on her Facebook page showing her selling t-shirts with two other Black Student Union members. **Purpose**: Shows that the BSU publicly supported protests against racism at ESU before Vietti visited the BSU on Sept. 17, 2015. | 15-4947, ECF 56, pg. 77 | | |
| 61 | Associated Press article published on July 29, 2015. **Purpose**: Shows that the report of discrimination and racism was a matter of national mass media concern. | 15-4947, ECF 13, pg. 58 | | |
| 62 | Catherine Terrell's comment on the Change.org petition. **Purpose**: Shows that someone long affiliated with ESU believed that Black students, faculty and staff at ESU deserved a stronger message of acceptance and inclusion. | 17-4019, ECF 22-2, pg. 4 | | |
| 63 | Book cover from Django Unchained and the March on Emporia State. **Purpose**: Shows that Dr. Hale was incensed enough to be motivated to write a book detailing the way ESU conducted a cover-up and a sham "investigation" into his report of a hate crime. | 17-4019, ECF 63, pg. 82 | | |
| 64 | A photocopy of the notebook page with the word "NIGGAZ" on it. **Purpose**: Shows what was found by the student and reported as a hate crime. | 15-4947, ECF 71, pg. 65 | | |
| 65 | A copy of a web page from iOTWReport.com in which Dr. Hale is referred to as a "dipshit" with "juvenile thinking." **Purpose**: Evidence of harm to Dr. Hale's reputation caused by the illegal conduct of the university, Vietti et al. | 15-4947, ECF 13, pg. 73 | | |
| 66 | A copy of an article on the website DownTrend.com. | 15-4947, ECF | | |

| | | | | |
|---|---|---|---|---|
| | **Purpose**: Evidence of harm to Angelica and Dr. Hale's reputation caused by the illegal conduct of the university, Vietti et al. | 13, pgs. 75-78 | | |
| 67 | A copy of a Facebook page by James Alt referring to Dr. Hale as a race-baiting" "social justice warrior." <br> **Purpose**: Evidence of harm to Dr. Hale's reputation caused by the illegal conduct of the university, Vietti et al. | 15-4947, ECF 13, pg. 80-81 | | |
| 68 | A copy of the Moonbattery website pages referring to Melvin and Angelica Hale. <br> **Purpose**: Evidence of harm to Angelica and Dr. Hale's reputation caused by the illegal conduct of the university, Vietti et al. | 15-4947, ECF 13, pgs. 85-89 | | |
| 69 | A copy of the agenda for the meeting of the accreditation team for SLIM from the American Library Association the week of October 26, 2015. <br> **Purpose**: Shows that Angelica and Dr. Hale were excluded from meeting with the ALA ERP, and silenced from telling their story. | 15-4947, ECF 71, pgs. 72-73 | | |
| 70 | A partial transcript and photos from Alexa Thomas's YouTube video entitled My Story. <br> **Purpose**: Shows that Angelica and Dr. Hale's protests against racism did not prevent Debra Rittgers daughter from having a pleasant college experience as they claim, and that many of her "issues" arose before she came to ESU. | 17-4019, ECF 63, pgs. 104-106 | | |
| 71 | A copy of the WTF303 Facebook page and related pages. <br> **Purpose**: Shows that Debra Rittgers daughter and live-in companion, Paul Mains, were members of a Facebook group which used a racial slur about Blacks on its homepage. | 17-4019, ECF 63, pgs. 108-110 | | |
| 72 | Excerpts from a book that Dr. Hale is researching entitled: Emporia State University - Case Study of a 21st Century Lynch Mob. <br> **Purpose**: Dr. Hale memoir about his experience at ESU. | | | |
| 73 | A copy of an email from Change.org referring to Angelica and Dr. Hale as niggers that need to go back to Compton, California. <br> **Purpose**: Evidence of hatred against Angelica and Dr. Hale for reporting racism and a hate crime caused by defendant's false statements. | | | |
| 74 | A copy of the letter given to Melvin Hale by David Cordle on October 12, 2015. <br> **Purpose**: Evidence of ESU illegally demanding that Dr. Hale not pursue civil rights litigation, a constitutional right, in exchange for a | 15-4947, ECF 13, pgs. 93-94 | | |

| | | | | |
|---|---|---|---|---|
| | semester's salary. | | | |
| 75 | A photo of Kevin Johnson being served the first federal complaint, Hale v. ESU, by Angelica Hale on October 15, 2015.<br>**Purpose**: Visual evidence that Dr. Hale took legal action against ESU the same week that Cordle stated that he was not interested in Dr. Hale's version of events relating to the "Cooling off period," and the Hale's report of a hate crime, i.e. showing deliberate indifference. | 15-4947, ECF 17-1, pg. 74 | | |
| 76 | Email from SLIM student Kevin Pack dated September 15, 2016.<br>**Purpose**: Shows strong support for Dr. Hale from a SLIM student, and disapproval of the way ESU and SLIM handled the "investigation." | 16-4182, ECF 67-1, pgs. 2-3 | | |
| 77 | Email from SLIM student Kevin Pack dated December 31, 2016.<br>**Purpose**: Shows strong support for Dr. Hale from several SLIM students, and disapproval of the way ESU and SLIM handled the "investigation." | 16-4182, ECF 67-2, pg. 2 | | |
| 78 | Emporia Gazette newspaper story announcing the results of the investigation into the hate crime dated September 10, 2015.<br>**Purpose**: Commentary on the story reveals schisms in Emporia on the issue of race and what happened at ESU. | 16-4183, ECF 57, pg. 56 | | |
| 79 | Photo and quotation from the Emporia Gazette newspaper story dated September 10, 2015.<br>**Purpose**: Evidence of media interest in the story and evidence of falsehoods told to the media. | 15-4947, ECF 49-1, pgs. 11-13 | | |
| 80 | Transcript of the ESU September 9, 2015 press conference as published by KVOE.<br>**Purpose**: Irrefutable evidence of the statements made by Vietti and Johnson on September 9, 2015 when they reported the results of their internal "investigation." | 16-4183, ECF 35, pgs. 74-84 | X | |
| 81 | List of forty-two falsehoods allegedly told by ESU in the results of the investigation.<br>**Purpose**: Proof that Vietti et al. intentionally and maliciously lied on Angelica and Dr. Hale and misled the public regarding the hate crime incident that he reported. | 16-4183, ECF 41-1, pgs. 2-6 | | |
| 82 | Photographs of the September 15, 2015 March on Emporia.<br>**Purpose**: Shows evidence of public interest and concern over reports of racism at ESU and SLIM. | 16-4182, ECF 86, pgs. 220-222; se also 15-4947, ECF 17- | | |

| | | | | |
|---|---|---|---|---|
| | | 1, pgs. 8-12 | | |
| 83 | ESU Bulletin September 10, 2015 story on the results of the investigation.<br><br>**Purpose**: Documents abject lies told by defendant to the media at their September 9, 2015 press conference. | 16-4183, ECF 35, pgs. 128-129 | X | |
| 84 | Photograph of the fourth floor office where the slur was found.<br><br>**Purpose**: Proves that the office was not a big open office where anyone and everyone had access as claimed by defendant. | 16-4183, ECF 35, pg. 126 | | |
| 85 | Photograph of Angelica Hale's office on the fourth floor of SLIM, and the graduate student's desk in her office.<br><br>**Purpose**: Evidence of the fact that the graduate student worked for Angelica. Angelica was the one who did her performance review. | 15-4947, ECF 49-1, pg. 9 | | |
| 86 | Email from Gwen Alexander to Angelica Hale dated May 5, 2015 asking her to do the graduate student's job evaluation.<br><br>**Purpose**: Dispels the false claim made by the administration that Ms. Hale did not have any reporting relationship with the graduate student who reported the hate speech incident to her. | 16-4183, ECF 35, pg. 131 | X | |
| 87 | Vitae of Wendy Carlson.<br><br>**Purpose**: Credentials of Wendy Carlson as a forensic document examiner posted online for the public. | 15-4947, ECF 13, pgs. 30-32 | | |
| 88 | FBI definition of hate crime.<br><br>**Purpose**: Evidence that law enforcement takes a much broader view of what constitutes hate crime compared to the definition provided by ESU at its press conference and communications to the public. | 16-4183, ECF 35, pgs. 137-139, see also: 15-4947, ECF 13, pg. 68 | | |
| 89 | Hate Crime Symposium 2015 program information.<br><br>**Purpose**: Evidence that law enforcement takes a much broader view of what constitutes hate crime compared to the definition provided by ESU at its press conference and communications to the public. | 16-4183, ECF 35, pgs. 133-135 | | |
| 90 | Letter from Jackie Vietti to the Emporia Connection dated September 15, 2015, and negative commentary from one of the recipients about Angelica and Dr. Hale. Shared on ESU SLIM alum Allie Flanary's Google Plus page September 21, 2015.<br><br>**Purpose**: Shows the extent to which the defendants would go to discredit Angelica and Dr. Hale. Also restates Vietti's narrow definition of hate crime. | 16-4183, ECF 35, pgs. 144-147 | X | |
| 91 | Graphics depicting the Investigation.<br><br>**Purpose**: Graphic representation plaintiff's claims about the sham | 16-4183, ECF 56, pgs. 120-121 | | |

| | internal "investigation." | | | |
|---|---|---|---|---|
| 92 | ESU Bulletin editorial from September 10, 2015 entitled: Those Who Cry Wolf.<br><br>**Purpose**: Demonstrates the effect that defendant's falsehoods had on the student body at ESU and the reputation of plaintiff. | 15-4947, ECF 13, pgs. 55-56 | | |
| 93 | Emporia Gazette story regarding Melvin Hale filing a lawsuit against ESU published October 16, 2015.<br><br>**Purpose**: Examination of stories told by the defendants, and the damage it ignited against Angelica and Dr. Hale in Emporia | 16-4183, ECF 56, pgs. 126-138 | | |
| 94 | ReligioPoliticalTalk article entitled: *Sigh* Another Faux Racist "Attack."<br><br>**Purpose**: Shows the pushback against reports of racism and bigotry in a certain sector of the White community.  Equates all reports of racism with hoaxes. Angelica and Dr. Hale are inducted as hoaxers in the related Moon Battery site. | 16-4183, ECF 56, pgs. 169-180 | | |
| 95 | Faculty Senate Executive Committee notes for September 10, 2015.<br><br>**Purpose**: Information of what the administration told the faculty senate about the results of the "investigation." | 16-4183, ECF 57, pgs. 188-192 | | |
| 96 | Faculty Senate Meeting notes for September 25, 2015.<br><br>**Purpose**: Information of what the administration told the faculty senate about the results of the "investigation." | | | |
| 97 | Emails with attorney David Trevino regarding Gwen Alexander and the graduate student.<br><br>**Purpose**: Confirms that no one at ESU followed up on the hate speech incident right after it occurred. | 16-4183, ECF 35, pgs. 62-67 | | |
| 98 | Partial transcript of October 12, 2015 meeting with David Cordle and Kevin Johnson.<br><br>**Purpose**: Proof that defendant demonstrated deliberate indifference to discrimination and retaliation in SLIM. | 16-4183, ECF 35, pgs. 149-150 | X | |
| 99 | Emporia Gazette article from September 9, 2015.<br><br>**Purpose**: Documentation of the falsehoods that ESU told the media when they issued the results of their internal "investigation." | 16-4183, ECF 57, pgs. 194-197 | | |
| 100 | Photograph of Kevin Johnson and Jackie Vietti at the September 9, 2015 press conference.<br><br>**Purpose**: Visual evidence collected at the time university representatives were lying to the press about the hate speech incident. | 16-4183, ECF 57, pg. 54 | | |

| | | | | |
|---|---|---|---|---|
| 101 | Graphics depicting the ESU investigation as a cover-up.<br>**Purpose**: A visual depiction of how the "investigation" could be characterized. | 16-4183, ECF 41-1, pgs. 8-9 | X | |
| 102 | Emporia Gazette October 16, 2015 re: Melvin Hale filing a lawsuit against ESU.<br>**Purpose**: Evidence of continuing public interest in the protest issues and how the university was handling them. | 16-4183, ECF 57, pgs. 126-138 | | |
| 103 | Webpage showing Jackie Vietti's membership on the Higher Learning Commission Board of Directors at the same time as one of the outside reviewers.<br>**Purpose**: Contradicts Vietti's claim to have brought "independent outside reviewers" to examine Lauber's processes and conclusions. | 16-4183, ECF 57, pg. 181 | X | |
| 104 | Example of an Upjohn Warning.<br>**Purpose**: To show how a typical internal investigation might be situated for the sake of employee participation. | 16-4183, ECF 57, pg. 199 | | |
| 105 | Partial transcript of Dr. Hale's meeting with Ray Lauber.<br>**Purpose**: To show how Lauber described his task. | 16-4183, ECF 57, pgs. 201-201 | X | |
| 106 | Partial transcript of August 17, 2015 conversation between Melvin Hale and Mirah Dow.<br>**Purpose**: Shows that Dr. Hale Dow shared many of the same concerns about the hate speech incident, the dean and what was wrong with the culture in SLIM and ESU. | 16-4182, ECF 113, pgs. 135-138 | | |
| 107 | Allison Garrett comment on ESU being a "model of diversity" on KVOE.<br>**Purpose**: Evidence of how ESU wanted to position its attitude towards diversity in the media while practicing "catch and kill" on Hale stories. | 16-4182, ECF 86, pg. 100 | | |
| 108 | ESU's Diversity, Equity, and Inclusion Plan.<br>**Purpose**: To show how much work ESU had to do to try to meet a public and legal perception of equality despite its continued persecution of Angelica and Dr. Hale for opposing racism and a lack of diversity. | 16-4182, ECF 86, pgs. 102-125 | | |
| 109 | Email asking KVOE to publish relevant Court Order update.<br>**Purpose**: To show how local media was influenced by ESU to deny coverage by employing "catch and kill" reports of the lawsuits brought against it for discrimination. | 16-4182, ECF 86, pg. 127 | | |

| | | | | |
|---|---|---|---|---|
| 110 | Email messages with Sherman Smith at Topeka Capital Journal.<br>**Purpose**: To show how local media was influenced by ESU to deny coverage by employing "catch and kill" reports of the lawsuits brought against it for discrimination. | 16-4182, ECF 86, pg. 129 | | |
| 111 | Vitae of Koch Industries' President Dave Robertson.<br>**Purpose**: To show the close relationship Koch Industries enjoys with ESU and its students/graduates. | 16-4182, ECF 86, pg. 131 | | |
| 112 | ESU students visiting Koch Industries.<br>**Purpose**: To show the close relationship Koch Industries enjoys with ESU and its students/graduates. | 16-4182, ECF 47-2, pgs. 33-34 | | |
| 113 | Robert Page speaking with the media, Angelica and Dr. Hale on Nov. 19, 2015.<br>**Purpose**: Shows how callously ESU exploited sympathetic Blacks to burnish its image as racially tolerant and diverse, while maintaining a lawsuit with Angelica and Dr. Hale for protected activity related to reporting discrimination. | 16-4182, ECF 86, pg. 133 | | |
| 114 | Robert Page's new position announced at Metro. Community College.<br>**Purpose**: Shows how callously ESU exploited sympathetic Blacks to burnish its image as racially tolerant and diverse, while maintaining a lawsuit with Angelica and Dr. Hale for protected activity related to reporting discrimination. | 16-4182, ECF 86, pg. 135 | | |
| 115 | Attorney Fred Gray awarded Honorary Doctorate at ESU.<br>**Purpose**: Shows how callously ESU exploited sympathetic Blacks to burnish its image as racially tolerant and diverse, while maintaining a lawsuit with Angelica and Dr. Hale for protected activity related to reporting discrimination. | 16-4182, ECF 86, pg. 137 | | |
| 116 | Email from Melvin Hale to David Cordle dated June 15, 2015.<br>**Purpose**: Shows the initial contact by Dr. Hale to Cordle re: hate crime. | 16-4183, ECF 35, pg. 199 | | |
| 117 | Email from Melvin Hale to Jackie Vietti dated September 18, 2015.<br>**Purpose**: Shows that Dr. Hale made his and Angelica's concerns about retaliation known to Vietti, and that she was deliberately indifferent. | 16-4183, ECF 35, pgs. 203-204 | | |
| 118 | Angelica Hale's Open Letter to Gwen Alexander dated July 27, 2015.<br>**Purpose**: Show the state of mind of Angelica Hale when she sent | 16-4182, ECF 47-3, pg. 7 | | |

| | | | | |
|---|---|---|---|---|
| | this message to numerous individuals after she was forced to resign from SLIM. | | | |
| 119 | Gwen Alexander's email announcing a replacement for Angelica Hale.<br><br>**Purpose**: To prove that Angelica was both qualified for her position, and that her position was not eliminated when her contract was abruptly terminated. | 16-4182, ECF 86, pg. 150 | X | |
| 120 | Facebook post from a SLIM alum describing his experience with racism at ESU<br><br>**Purpose**: Evidence that the perception of racism at ESU preceded Angelica and Dr. Hale. | 15-4947, ECF 56, pg. 108 | | |
| 121 | ESU's Title VII policy explicitly forbidding repeated ignoring of a university community member.<br><br>**Purpose**: Shows that the Cooling Off Period violated ESU's own Title VII policy against repeated ignoring of a community member. | 15-4947, ECF 56, pg. 35 | | |
| 122 | Photo of Allison Garrett's Cabinet at ESU in 2018.<br><br>**Purpose**: Shows that ESU's definition of diversity, as in President Allison Garrett claiming that ESU was a "model of diversity," did not extend to campus governance at the highest levels, and that this statement was false and misleading, a common practice by ESU leadership. | 16-4182, ECF 86, pg. 159 | X | |
| 123 | Angelica Hale's Statement dated June 19, 2018.<br><br>**Purpose**: Statement on Ms. Hale's experiences in SLIM in general, and specifics regarding the April 8, 2015 incident. | 16-4182, ECF 86-1 | | |
| 124 | Sworn declaration of Melvin Hale dated April 2, 2018.<br><br>**Purpose**: Statement on Dr. Hale's experiences in SLIM in general, and specifics regarding the April 8, 2015 incident. | 16-4182, ECF 86-2 | | |
| 125 | Vietti's email blast to the ESU campus on September 9, 2015.<br><br>**Purpose**: Message that Vietti told the ESU campus about the results of the "investigation." | 15-4947, ECF 13, pgs. 42-44 | | |
| 126 | Vietti's email blast the ESU campus on September 10, 2015.<br><br>**Purpose**: Message that Vietti told the ESU campus about the results of the "investigation" and the exoneration of Debra Rittgers. | 15-4947, ECF 13, pgs. 36-40 | | |
| 127 | Ray Lauber's emails with Dr. Hale regarding his familial relationship with Debra Rittgers.<br><br>**Purpose**: Suggests that Lauber should have recused himself and allowed someone else to conduct an investigation involving Rittgers. | 15-4947, ECF 17-1, pg. 30 | X | |

| 128 | Emporia Gazette article dated February 14, 2018: ESU Misconduct Investigation Leaves Student 'Helpless.' **Purpose**: Show that many students believe that ESU has a pattern of conducting unreliable internal investigations. | 16-4183, ECF 54, pgs. 195-203 | | |
|---|---|---|---|---|
| 129 | Partial transcript of Angelica Hale's Conversation with AAG Carrie Barney on October 2, 2017. **Purpose**: Proof that ESU withheld crucial evidence when they announced the results of their internal "investigation" which should have been provided to both Angelica and Dr. Hale on September 9, 2015. | 16-4182, ECF 94, pg. 23 | X | |
| 130 | Partial transcript of Angelica Hale's Conversation with Assistant Attorney General Carrie Barney on October 20, 2017. **Purpose**: Proof that ESU withheld crucial evidence when they announced the results of their internal "investigation" which should have been provided to both Angelica Hale and Dr. Hale on September 9, 2015. | 16-4182 ECF 94, pg. 24 | X | |
| 131 | KVOE April 6, 2018 article entitled "Angelica Hale seeks summary judgment against ESU in civil case; university says Hale violated court order." **Purpose**: Proves that local media was willing to publish news stories with potential adverse information regarding plaintiff, but not information which implicated ESU and its administrators. To also show how local media was influenced by ESU to deny coverage by employing "catch and kill" reports of the lawsuits brought against it for discrimination. | 16-4182 ECF 94, pgs. 26-28 | | |
| 132 | Email from ESU President Allison Garrett regarding "The Jane Story," indicating that ESU was reopening the failed investigation into the alleged actions of ESU professor Brian Schrader. **Purpose**: Proof that despite "significant community interest" in the allegations brought forward by Angelica and Dr. Hale, and evidence of falsehoods told to the media by ESU Interim President Jackie Vietti and General Counsel Kevin Johnson, ESU has refused to reconsider its actions against two black employees. | 16-4182 ECF 94, pgs. 33-34 | X | |
| 133 | ESU Bulletin calls for an independent investigation of the "Jane, Kissing Professor" incident. **Purpose**: To show that ESU students did not trust ESU internal investigations and covered other related stories but not the Hale | 16-4183, ECF 54, pgs. 205-206 | | |

| | | | | |
|---|---|---|---|---|
| | story. | | | |
| 134 | Kansas State policies on reporting hate crimes, etc., and the distinction between an internal grievance report and a police report. **Purpose**: To show that ESU insistence on the filing of an internal grievance and a police report was contrary to best practices, even in Kansas, and that they took this stance in order to create a sham investigation and results and to obstruct justice. | 16-4183, ECF 35, pgs. 90-101 | | |
| 135 | Partial transcript of the meeting with Vietti and Johnson on September 9, 2015, and Vietti's demands for Dr. Hale in an "extended cooling off period." **Purpose**: To prove that Vietti set out to discipline Dr. Hale without any prior notice or discussion with Dr. Hale, and that Dr. Hale had no idea of why he was being disciplined, and that the allegations made by Vietti were biased and unfounded. | 16-4183, ECF 35, pgs. 103-104. | X | |
| 136 | Sworn declaration of Angelica Hale dated August 18, 2016. **Purpose**: Statement on Ms. Hale's experiences in SLIM in general, and specifics regarding the April 8, 2015 incident. | 15-4947, ECF 71-1, pgs. 1-5 | | |
| 137 | Sworn declaration of Melvin Hale dated August 18, 2016. **Purpose**: Statement on Dr. Hale's experiences in SLIM in general, and specifics regarding the April 8, 2015 incident. | 15-4947, ECF 71-2, pgs. 1-15 | | |
| 138 | Sworn declaration of Angelica Hale dated October 23, 2017. **Purpose**: Statement on Ms. Hale's experiences in SLIM in general, and specifics regarding the April 8, 2015 incident. | 16-4183, ECF 36, pgs. 1-7 | | |
| 139 | Sworn declaration of Melvin Hale dated October 23, 2017. **Purpose**: Statement on Dr. Hale's experiences in SLIM in general, and specifics regarding the April 8, 2015 incident. | 16-4183, ECF 37, pgs. 1-13 | | |
| 140 | Email from Dr. Hale to Vietti, et al. regarding the true definition of hate crime, as found in ESU's own Annual Security and Fire Safety Report, dated 2013. **Purpose**: To prove that the defendant was aware of the true definition of hate crime before they completed their investigation and called hate crime a misconception and a false legal notion induced by television and movies. | 16-4183, ECF 35, pg. 201 | | |
| 141 | Email from Dr. Hale to Angelica documenting his encounter with Dow in which she stated to Dr. Hale that Lauber told her not to talk to him. | 16-4183, ECF 35, pg. 208 | | |

| | | | | |
|---|---|---|---|---|
| | **Purpose**: Shows that top administration was setting out to silence Dr. Hale by encouraging his colleagues, students and staff, and school organizations like the BSU and HALO not to communicate with him or Angelica, and that the cooling off period was a violation of free speech. | | | |
| 142 | AT&T Call Detail records showing the July 2, 2015 call to Dr. Hale from the ESU PD, and his two calls to Lyon County Attorney Marc Goodman which were not returned.<br><br>**Purpose**: Shows that Dr. Hale tried to get a law enforcement-led investigation into his and Angelica's report of a hate crime. | 16-4183, ECF 35, pg. 96 | | |
| 143 | September 16, 2015 letter from Vietti to Dr. Hale regarding a mandatory referral to counseling.<br><br>**Purpose**: To show that Vietti made unsubstantiated accusations about Dr. Hale's conduct and disciplined without any consultation with Dr. Hale to see if he had an alternative and valid explanation for what transpired between him and Dr. Alexander and Dr. Andrew Smith. That Dr. Hale was being forced to retract his constitutional belief in the guilt of Rittgers without evidence such as a handwriting examination or a polygraph. | 16-4183, ECF 35, pgs. 105-106 | X | |
| 144 | August 13, 2015 emails between Dr. Sarah Sutton and Dr. Hale.<br><br>**Purpose**: To show that Dr. Hale was not viewed as a bully by his colleagues, in direct contrast to the false profile of him claimed by defendant. | 16-4183, ECF 35, pg. 108 | | |
| 145 | KVOE story regarding Melvin Hale's dismissal dated February 6, 2016.<br><br>**Purpose**: An example of how local media was willing to publish negative discrediting stories about Angelica and Dr. Hale and their protests, but not about news uncomplimentary to the university. Proof of the hegemonic control of media and business interests in Emporia and Kansas and "catch and kill" tactics. | 16-4183, ECF 35, pg. 117 | | |
| 146 | A photocopy of the notebook page with the word "NIGGAZ" on it.<br><br>**Purpose**: To show an actual photocopy of the offensive racial slur found in a graduate student's notepad in a locked office. | 16-4183, ECF 35, pg. 124; see also 16-4182, pg. 58 | | |
| 147 | Admission by Debra Rittgers that Room 413 did not have a problem with the locking mechanism.<br><br>**Purpose**: Proves that statements made to the contrary were invented to deflect scrutiny of who might have written the racial slur. | | X | |

| | | | | |
|---|---|---|---|---|
| 148 | Emporia Gazette article on ESU receiving a Jefferson Muzzle Award.<br>**Purpose**: To show that ESU's flaunting of the First Amendment was taken notice of on a national stage, on account of protests. | 16-4183, ECF 35, pgs. 141-142 | | |
| 149 | A copy of the document in which President Jackie Vietti announced the results of the 2015 internal "investigation" into the report of a hate crime.<br>**Purpose**: Documentation of an official statement describing the investigation and its results. | 15-4947, ECF 13, pgs.36-40 | | |
| 150 | Article printed in The Bulletin on October 1, 2015 entitled: Hale Must Retract or Face the Axe.<br>**Purpose**: Evidence that ESU prevented SLIM employee Debra Rittgers from taking a handwriting examination and a polygraph test to prove she was innocent of writing the racial slur; that the university was aware of the opinion of forensic document examiner Wendy Carlson; and that ESU exonerated Rittgers by ignoring forensic evidence and best investigative practices. | 15-4947, ECF 13, pgs. 48-50 | | |
| 151 | December 14, 2015 letter from Cordle to Dr. Hale informing him that his contract would not be renewed.<br>**Purpose**: Evidence of adverse employment action against Angelica's husband, Dr. Hale on account of protected activity. | 15-4947, ECF 71, pgs. 101-102 | X | |
| 152 | Email from Angelica Hale to Wendy Carlson dated July 1, 2015 informing her that she had provided her opinion on the writing of the racial slur, and that the ESU Police Dept. might be contacting her.<br>**Purpose**: Shows that Angelica and Dr. Hale wanted to allow law enforcement handle the investigation into their claims of a hate crime, and that they wanted law enforcement to step up to dealing with the forensic document examiner. | 15-4947, ECF 49-1, pg. 21 | | |
| 153 | Photo of the toner box label written by Rittgers that led Angelica to believe that the writing there was similar to the writing of the racial slur.<br>**Purpose**: Proof that Angelica Hale arrived at her belief that Rittgers may have been the author of the slur by objective methods, not by any subjective bias. | 16-4182, ECF 86, pgs. 192-193 | | |
| 154 | Dow's opinion that the hare speech incident was a hate crime, and that she wished that Vietti would admit it.<br>**Purpose**: Evidence that the faculty chair, a person in a senior role at | 15-4749, ECF 71, pg. 86, referencing ECF 20, pg. 11 | X | |

| | | | | |
|---|---|---|---|---|
| | ESU SLIM who was in a good position to know had believed that the incident was a crime. | | | |
| 155 | Dow's statement that "You and Angelica both went about [reporting the bias incident] in a very prudent way. It was responsible yet it wasn't flamboyant or unreasonable. You know, you tried to solve it." <br><br> **Purpose**: Evidence that the faculty chair, a person in a senior role at ESU SLIM who was in a good position to know believed that Angelica and Dr. Hale's report of the bias incident was reasonable. | 15-4749, ECF 71, pg. 86, referencing ECF 20, pg. 11 | X | |
| 156 | Dr. Hale's EEOC and KHRC Complaints. <br><br> **Purpose**: Documentation of Dr. Hale's complaint against ESU et al. | 15-4947, ECF 20-1, pgs. 5-7 | | |
| 157 | Letter from Vietti to SLIM student Gabrielle Fuentes <br><br> **Purpose**: Shows what Vietti was saying at that time regarding the "investigation." | 15-4947, ECF 19-3, pg. 2 | | |
| 158 | Facebook post from a SLIM student describing being told not to ask Dr. Hale for a reference. <br><br> **Purpose**: Evidence that the administration was endeavoring to silence and isolate Dr. Hale, depriving him of constitutional rights. | 15-4947, ECF 56, pg. 106 | | |
| 159 | Peer-reviewed study which denounces ostracism as worse than overt discrimination. <br><br> **Purpose**: Scientific evidence of the damage of ostracism. | 15-4947, ECF 56, pgs. 39-41 | | |
| 160 | Text messages between Angelica Hale and Deidra Elijah regarding Deidra speaking to her government class about the upcoming march. <br><br> **Purpose**: Shows that there was public interest in the march and the subject matter of the march. | 17-4019, ECF 63, pgs. 73-74 | | |
| 161 | Facebook post by Deidra Elijah as BSU Vice President indicating their support for the Hales and the protest march against racism. <br><br> **Purpose**: Shows that Deidra, the BSU Vice President, supported the march against racism at ESU and the Hale's protests. | 15-4947, ECF 17-1, pg. 18 | | |
| 162 | Article in American Libraries announcing two task forces on accreditation showing that Dow was on the committee for the Context of Future Accreditation. <br><br> **Purpose**: Shows that the ALA supported SLIM to the extent that it would elect Dow to a accreditation committee even while SLIM itself was under examination and facing strong criticism from the ALA External Review Panel for problematic leadership and extreme employee turnover. | 15-4947, ECF 17-1, pgs. 54-55 | | |

| 163 | Document entitled: Economic Damages In An Employment Case, Calculations And Assumptions, by John A. Beranbaum,  Beranbaum Menken & Ben-Asher LLP.<br>**Purpose**: Provides legal and economic guidance for calculating damages in employment cases such as this. | | | |
|---|---|---|---|---|
| 164 | Sound recording from August 26, 2015 SLIM Faculty Meeting | | | |
| 165 | Sound recording of Wendy Carlson's Handwriting Opinion on the slur. | | | |
| 166 | Sound recording of August 17, 2015 phone conversation between Dr. Melvin Hale and Dr. Mirah Dow. | | | |
| 167 | Sound recording from KVOE of September 9, 2015 ESU Press Conf. | | | |
| 168 | Sound recording of September 9, 2015 meeting with Vietti and Kevin Johnson, Melvin Hale, and Lawrence, KS attorney David Treviño. | | | |
| 169 | Facebook posts by George Head.<br>**Purpose**: Proves that concerns about racism and discrimination have long existed on the ESU campus. | | | |
| 170 | Facebook posts by Danica White and Emporia Social Justice Supporters group.<br>**Purpose**: Shows that minority students currently enrolled at ESU do not feel safe or supported by the administration. | | | |
| 171 | Bulletin articles and social media posts relating to the "investigation" and diversity at ESU.<br>**Purpose**: Editorial calls into question the validity of internal investigations at ESU, and obliquely mentions the investigation into the hate crime reported by plaintiff. | | | |
| 172 | Restricted Certified Mail, with trial subpoena enclosed, addressed to Ray Lauber's home in Osage City. Post Office status: *item refused by addressee*. | | | |
| 173 | Restricted Certified Mail, with trial subpoena enclosed, addressed to Sarah Spoon's permanent residence in Fredonia, KS. Post Office status: *item refused by addressee*. | | | |
| 174 | Document from sheriff stating that they contacted Sarah Spoon's mother at the Fredonia address to serve a trial subpoena, and was told that Sarah was not there, but would be there later. They requested that Sarah call or go to the sheriff's office to receive the | | | |

| | | | | |
|---|---|---|---|---|
| | subpoena. *Sarah has not contacted the sheriff.* | | | |
| 175 | First video of Debra Rittgers stalking Angelica on the 4th floor of SLIM. | | | |
| 176 | Second video of Debra Rittgers stalking Angelica on the 4th floor of SLIM. | | | |
| 177 | Timeline to termination graphic. | | | |
| 178 | Photo taken at the La Hacienda Mexican Restaurant on July 27, 2015 showing Angelica Hale, Dr. Melvin Hale, Jason Brooks, George Head and Earl Givens. **Purpose**: Shows that plaintiff's report of racial discrimination and retaliation was initially supported by student leaders and staff at ESU. | | | |
| 179 | Restricted Certified Mail, with trial subpoena enclosed, addressed to Gwendolyn Alexander's permanent residence in Emporia, KS forwarded to Aurora, CO where it went out for delivery on December 21, 2015. Post Office status on Dec. 26, 2018: Out for delivery. | | | |
| 180 | 2016 resume of Kevin Johnson showing his work as an administrative law judge for the Kansas Human Rights Commission. **Purpose**: Evidence that the KHRC had a close working relationship with Johnson, ESU's general counsel, and that they should have recused themselves from investigating Hale's claims. As it turned out, the KHRC did nothing with plaintiff's complaint after having it for over 300 days. Plaintiff was told that her initial complaint would be amended to include additional claims, such as those which occurred before April 8, 2015, but the KHRC never worked with plaintiff to amend her complaint, and conducted no investigation into her claims. They had a conflict of interest involving Johnson, and should have acknowledged that from the onset. | | | |

## Trial Witnesses Which Plaintiff Intends to Call to Testify

**Candace Kitselman**
2006 Colorado Ave.
Emporia, KS 66801
620-794-3494

**Gwendolyn Alexander**
1427 Washington St.
Emporia, KS 66801
620-757-9809

**Danica Elaine White**
422 W. 8th. Ave.
Apt. 301
Emporia, KS 66801

**Michael Morales**
940 Oak St.
Emporia, KS 66801

**David Cordle**
2824 Hidden Lakes Dr.
Emporia, KS 66801

**Jhon Huachaca**
713 Eastgate Plaza
Apt. "A"
Emporia, KS 66801

**Kayla Gilmore**
3916 Mercier St.
Kansas City, MO 64111

**Debra Rittgers**
201 S. Maple ST.
Lebo, KS 66856

**Ray Lauber**
632 Main St.
Osage City, KS 66523

**Sarah Sutton**
1218 Thompson St.
Emporia, KS 66801

**Mirah Dow, Ph.D.**
504 E. 5th Street
Eureka, KS 67045
620-344-3309

**George Head**
1614 Rural St.
Emporia, KS 66801

**Judy Anderson**
2913 Karen Terrace
Manhattan, KS 66502
785-532-1869

**Sarah Spoon**
130 Jade Rd.
Fredonia, KS 66736
620-716-1252

**Candace Boardman**
904 E. Main St.
Council Grove, KS 66846
620-767-6097

**Jackie Vietti**
20715 W. 67th St.
Shawnee, KS 66218
316-321-4562

Dated: **January 2, 2019**

Respectfully submitted,

/s/ Angelica Hale, Plaintiff pro se
3806 Pinnacle Circle
Lawrence, KS 66049
angelicahale@yahoo.com
916-690-7927

## CERTIFICATE OF SERVICE

**Case No. 16-4182-DDC-TJJ**

I hereby certify that on this 2nd day of January, 2019, I electronically filed the foregoing with the Court by email at ksd_clerks_topeka@ksd.uscourts.gov, and a notice of electronic filing was sent via the CM/ECF system to all counsel of record.

/s/ Angelica Hale

Angelica Hale
3806 Pinnacle Circle
Lawrence, KS