CLERK'S COURTROOM MINUTE SHEET – **CIVIL BENCH TRIAL**

ANGELICA HALE v. EMPORIA STATE UNIVERSITY

Case No: 16-4182-DDC

CAPTION:  
ANGELICA HALE,

      Plaintiff,

v.

EMPORIA STATE UNIVERSITY,

      Defendant.

APPEARANCES:  
PRO SE

Carrie A. Barney

Stanley R. Parker

Kevin Johnson, General Counsel for Defendant Emporia State University/ Corporate Representative

| Judge: | CRABTREE | DATE: | 1/8/2019 | 1/10/2019 |
|---|---|---|---|---|
| Clerk: | Garrett | | | |
| Reporter: | Kim Greiner | T/B: | 9:21 AM | 9:02 AM |
| | | T/E: | 2:47 PM | 2:57 PM |

Proceedings at Topeka, Kansas

**1/8/2019**

Opening statements by the parties.

Plaintiff begins presentation of evidence.

Court recesses for the day.

**1/10/2019**

Continuation of plaintiff's evidence.

Plaintiff rests.

Defendant's counsel orally moves for judgment as a matter of law based on the grounds that plaintiff's evidence fails to establish a prime facie case of retaliation – DENIED as set forth in full on the record. The court allows the case to proceed.

Defendant presents evidence.

Defendant rests.

The court directs the parties to file their proposed findings and conclusions of law by January 24, 2019.

The court will enter a written order.