**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

ANGELICA HALE,

*Plaintiff,*

v.

EMPORIA STATE UNIVERSITY,

*Defendant.*

**Case No. 16-4182-DDG**
Judge Daniel D. Crabtree

## PLAINTIFF'S APPLICATION FOR WRIT OF EXECUTION

Angelica Hale ("Plaintiff" or "Ms. Hale"), appearing pro se, hereby respectfully submits

this Application for Writ of Execution against Defendant Emporia State University, the Kansas

Board of Regents, and the State of Kansas, pursuant to FRCP 69(a), Chapter 61 of Kansas Statutes

Annotated, and K.S.A. 60-2401. As general rule, under Fed.R.Civ.Pr. 69(a), the proper means to

secure compliance with a money judgment is to seek a writ of execution, except where the state

enforcement mechanism is preempted. Thus, the Rule requires compliance with the forum state's

execution practice and procedures, and the court must look to Kansas law to determine its

authority to order the relief requested by a plaintiff.

Type of Service Requested: Service by U.S. Marshals

WRIT OF GENERAL EXECUTION

WHEREAS, there is of record in this Court an unsatisfied judgment as follows:

Judgment Creditor:   Angelica Hale

Judgment Debtor(s):  Emporia State University

Date of Judgment:    August 26, 2020

Judgment Balance Due:  $64,303.31

To the Sheriff or other Process Server:

      You are hereby directed to seize any non-exempt personal property belonging to the judgment debtor(s) and cause the same to be sold in satisfaction of said judgment, together with interest thereon and costs, including the costs and expenses for execution of this Writ, all in accordance with Article 24 of Chapter 60 of the Kansas Statutes Annotated.

You are further directed to return this Writ together with your report of the proceedings within 60 days from the date hereof.

A copy of this Writ shall be served on the defendant as provided under K.S.A. 60-2401.

DATED this _____ day of _____, _____.


_____
Signature, Judge



Approved:


/Angelica Hale/

Angelica Hale
Plaintiff pro se

RETURN

On _____, _____, ____ o'clock ____M., received this writ.

On _____, _____, ____ o'clock ____M., levied on the non-exempt personal property of _____, described in the following schedules.

On _____, _____, advertised the same for sale.

On _____, _____, sold the following items of personal property at prices indicated, and the moneys received from such sale are herewith delivered to the court.

_____   $_____   _____   $_____
_____   $_____   _____   $_____

   Total received                                                    $_____

The following goods remain unsold _____ for want of bidders.


_____
Signature and Title of Officer